UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Virgil Lee Jackson Jr., | Court File No. 22-CV-642 (ECT/BRT) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| City of Minneapolis, et al., | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties with prejudice and without costs to any party.

Dated: September 26, 2022                s/*Tim Phillips*
                                         Tim Phillips (#390907)
                                         Law Office of Tim Phillips
                                         331 Second Avenue South, Suite 400
                                         TriTech Center
                                         Minneapolis, Minnesota 55401
                                         Phone: (612) 470-7179
                                         Email: tim@timphillipslaw.com

                                         Attorney for Plaintiff Virgil Lee Jackson Jr.


Dated: September 26, 2022                s/*Sharda Enslin*
                                         Sharda Enslin (#389370)
                                         Kristin Sarff (#388003)
                                         Heather Robertson (#390470)
                                         Minneapolis City Attorney's Office
                                         350 South 5th Street, Room 210
                                         Minneapolis, MN 55415
                                         (612) 673-2180
                                         sharda.enslin@minneapolismn.gov
                                         kristin.sarff@minneapolismn.gov
                                         heather.robertson@minneapolismn.gov

                                         Attorneys for Defendant City of Minneapolis