UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Virgil Lee Jackson Jr.,                                           File No. 22-cv-00642 (ECT/BRT)

     Plaintiff,

v.                                                                               **ORDER OF DISMISSAL**

City of Minneapolis,
and Does 1-20,

     Defendants.

Based on the stipulation of dismissal with prejudice filed by the parties, ECF No. 8,

**IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs to any

party.

Dated:  September 27, 2022                         s/ Eric C. Tostrud
                                           Eric C. Tostrud
                                           United States District Court